IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:13-CR-00046-KDB-DSC

| USA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| KEVIN MICHAEL HARTLEY | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se for home confinement requested under the Coronavirus Aid, Relief, and Economic Security (CARES) Act of 2020 based on COVID-19. (Doc. No. 32).

In response to the COVID-19 pandemic, the President signed the CARES Act into law on March 27, 2020. Pub. L. 116-136, 134 Stat 281, 516. Section 12003(b)(2) of the Act gives the Director of the BOP authority to lengthen the maximum amount of time a prisoner may be placed in home confinement under 18 U.S.C. § 3624(c)(2) during the covered emergency period, if the Attorney General finds that emergency conditions will materially affect the functioning of the BOP. On April 3, 2020, the Attorney General issued a memorandum to the Director of the BOP making that finding and directing the immediate processing of suitable candidates for home confinement. However, nothing in the CARES Act gives the Court a role in determining those candidates. *See United States v. Caudle*, 740 F. App'x 364, 365 (4th Cir. 2018) (district court lacks authority to govern designation of prisoners under § 3624(c)(2)).

**IT IS, THEREFORE, ORDERED**, that the defendant's pro se motion for home confinement (Doc. No. 32), is **DENIED**.

Signed: May 13, 2020

*/s/ Kenneth D. Bell*
Kenneth D. Bell
United States District Judge